Clarence Crouch, appellee, v. Chicago & Eastern Illinois Railway Company, appellant. Gen. No. 8,159.

Opinion filed May 2, 1928.

Homer T. Dick and Acton, Acton & Snyder, for appellant. Charles Troup, for appellee.

Mr. Justice Eldredge delivered the opinion of the court.